IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marshall Thompson,<br><br>                    Plaintiff,<br><br>v.<br><br>Unknown Brown, et al.,<br><br>                    Defendants. | No. CV-14-02294-PHX-DLR<br><br>**ORDER** |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Bridget Bade, which recommends dismissing Defendant Brown for failure to serve. (Doc. 94.)  The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R.  (*Id.* at 2 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

Neither party filed objections, which relieves the Court of its obligation to review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and agrees with Magistrate Judge Boyle's recommendations.  The Court will accept the R&R and deny the Petition.  *See* 28 U.S.C.

§ 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED** that Magistrate Judge Bade's R&R (Doc. 94) is **ACCEPTED**, and Defendant Brown is **DISMISSED**.

Dated this 31st day of March, 2016.

Douglas L. Rayes
United States District Judge